**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| MARLO KATZ, individually and on behalf of all others similarly situated, and<br>MATTHEW DOUBLESTEIN, individually and on behalf of all others similarly situated,<br><br>           Plaintiffs,<br><br>    v.<br><br>JUDICIAL CRISIS NETWORK,<br><br>           Defendant. | Cause No. 1:18-cv-02297-TWP-MPB<br><br>CLASS ACTION COMPLAINT |

## JUDICIAL CRISIS NETWORK'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Judicial Crisis Network, by counsel, hereby states that it has no publicly held parent company and that no publicly held companies hold a ten percent (10%) or more ownership interest in Judicial Crisis Network.

Date: September 21, 2018

FROST BROWN TODD LLC

By: */s/Robert B. Thornburg*
    Robert B. Thornburg, #19594-02
    Attorney for Defendant Judicial Crisis Network

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 21st day of September, 2018, the foregoing was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Irwin B. Levin
Lynn A. Toops
Richard E. Shevitz
Vess Allen Miller
COHEN & MALAD LLP
One Indiana Square, Suite 1400
Indianapolis, IN  46204

                                                                                                         */s/Robert B. Thornburg*

FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
Indianapolis, IN  46204
Phone: (317) 237-3800
Fax:     (317) 237-3900
twheeler@fbtlaw.com
rthornburg@fbtlaw.com

0139504.0664742  4826-0592-2163v1