UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **MARLO KATZ and MATTHEW DOUBLESTEIN**, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>vs.<br><br>**JUDICIAL CRISIS NETWORK,**<br><br>          Defendant. | No. 1:18-cv-02297-JPH-MPB |

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR FILING AND BRIEFING ON MOTION FOR CLASS CERTIFICATION**

Plaintiffs Marlo Katz and Matthew Doublestein, by counsel, individually and on behalf of all others similarly situated, respectfully move the Court under Local Rule 7-1 to extend the time for filing of, and briefing on, Plaintiffs' motion for class certification by approximately 30 days. In support, Plaintiffs state:

1. Plaintiffs' motion for class certification is currently due on December 3, 2018, Defendant's response is due January 2, 2019, and Plaintiffs' reply is due February 1, 2019. *See* ECF No. 22 § IX.

2. Plaintiffs have served discovery on Defendant and on a non-party relating to the motion, and the parties have engaged in informal discovery and discussions relating to the case.

3. To permit the parties additional time for discussions and completion of any necessary discovery, Plaintiffs request that the Court extend the class certification filing and briefing deadlines by 30 days as follows: Plaintiffs' motion for class certification due January 2, 2019, Defendant's response to the motion due February 4, 2019, and Plaintiffs' reply due March 6, 2019.

4. This motion is made for purposes of orderly disposition of the case and not for purposes of unfair delay or advantage.

5. Defendant does not oppose this extension.

WHEREFORE, Plaintiffs respectfully move the Court to extend the class certification filing and briefing deadlines as follows: Plaintiffs' motion for class certification due January 2, 2019, Defendant's response to the motion due February 4, 2019, and Plaintiffs' reply due March 6, 2019.

Dated: November 28, 2018

Respectfully submitted,

/s/Vess A. Miller

Irwin B. Levin, No. 8786-49
Richard E. Shevitz, No. 12007-49
Vess A. Miller, No. 26495-53
Lynn A. Toops, No. 26386-49A
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone: (317) 636-6481
Fax: (317) 636-2593
ilevin@cohenandmalad.com
rshevitz@cohenandmalad.com
vmiller@cohenandmalad.com
ltoops@cohenandmalad.com

***Counsel for Plaintiffs and the Class***

## CERTIFICATE OF SERVICE

      I certify that on November 28, 2018 a copy of the foregoing document was filed electronically. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

                                              s/Vess A. Miller
                                              Vess A. Miller

COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone: (317) 636-6481
Facsimile: (317) 636-2593
vmiller@cohenandmalad.com