Court acknowledges the Stipulation of Voluntary Dismissal with Prejudice [26].
JPH, 12/18/2018
Distribution via ECF.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| **MARLO KATZ and MATTHEW DOUBLESTEIN**, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> **JUDICIAL CRISIS NETWORK,** <br><br> Defendant. | No. 1:18-cv-02297-JPH-MPB |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiffs Marlo Katz and Matthew Doublestein, by counsel, in accordance with Federal Rule of Civil Procedure 41(a)(1)(ii), hereby dismiss this action with prejudice, each side to bear its own fees and costs. This stipulation has been signed by all parties who have appeared.

Dated: December 12, 2018

Respectfully submitted,

s/Vess A. Miller
Irwin B. Levin, No. 8786-49
Richard E. Shevitz, No. 12007-49
Vess A. Miller, No. 26495-53
Lynn A. Toops, No. 26386-49A
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone: (317) 636-6481
Fax: (317) 636-2593
ilevin@cohenandmalad.com
rshevitz@cohenandmalad.com
vmiller@cohenandmalad.com
ltoops@cohenandmalad.com

*Counsel for Plaintiffs*

s/Robert B. Thornburg
Jason Brent Torchinsky
Stephen Philip Roberts
Holtzman Vogel Josefiak Torchinsky, PLLC
45 North Hill Drive, Suite 100
Warrenton, VA 20186
Phone: 540.341.8808
Fax: 540.341.8809
jtorchinsky@hvjt.law
sroberts@hvjt.law

Thomas E. Wheeler, II, 13800-49
Robert B. Thornburg, 19594-02
FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
Indianapolis, IN 46204
Phone: (317) 237-3800
Fax: (317) 237-3900
twheeler@fbtlaw.com
rthornburg@fbtlaw.com

*Counsel for Defendant*